**EXHIBIT NUMBER 2**

  

United States Department of State
National Visa Center
31 Rochester Ave, Suite 100
Portsmouth, NH 03801-2915

ALA DM AL JAMAL
42 IBRAHIM ALDOMMOR STREET
MARKA
AMMAN
JORDAN

Interview Letter (P4)

September 15, 2017

Dear ALA DM AL JAMAL,

The National Visa Center (NVC) is pleased to inform you that we scheduled your immigrant visa interview at the U.S. Embassy or Consulate in AMMAN, JORDAN. This interview is for immigrant visa case number AMM2017642003 filed by BAYAN MF EL JAMAL on behalf of ALA DM AL JAMAL. **Please SAVE this letter and bring it to your interview. You should read this entire instruction packet and visit nvc.state.gov/interview online for detailed interview instructions.**

## Interview Date and Time

Your immigrant visa interview is at the U.S. Embassy or Consulate in AMMAN, JORDAN on **October 19, 2017** at **01:00 pm**. The following applicants should attend this interview:

Name
AL JAMAL, ALA DM

Petitioners are not required -- and at some locations, may not be allowed -- to attend the applicant's visa interview.

## What to Do If You Cannot Go to the Interview

To reschedule an interview, visit nvc.state.gov/interview and read the Interview Instructions for the embassy where you are interviewing. If there are no rescheduling guidelines on this site, contact the embassy directly (see below).

## U.S. Embassy Contact Information

To find the U.S. Embassy or Consulate in AMMAN's website, visit usembassy.gov. Using the map, click on the hemisphere or region where you'll be interviewing and then select JORDAN: AMMAN from the list of websites on the following page. The embassy's website will include its street address and contact information, as well as specific instructions for attending visa interviews.

AMM2017642003

## Preparing for Your Visa Interview

All eligible applicants must complete the following tasks **before** their visa interview. Detailed instructions for each step are online at nvc.state.gov/interview (English) and nvc.state.gov/ interview/espanol (Spanish):

1. **Complete a medical examination** with a U.S. embassy-approved physician. Every person applying for a visa is required to have a medical examination and submit the results on the day of the interview.
2. **Register for a courier service** (if required) and read the interview instructions for your location.
3. **Gather documents required for the interview.** You must bring to the interview the original versions of all civil documents and certificates submitted to NVC. You may need to get updated financial documents and police certificates.
4. **Visit the embassy's website** at usembassy.gov for additional information.

Please visit nvc.state.gov/interview to view our online interview preparation information. You can also **watch a video** at nvc.state.gov/resources. This instructional video is available in eight languages.

## *** IMPORTANT *** Interview Reminders

You already submitted certain forms and documents to NVC. At your visa interview, **you must give the consular officer the original version of each civil document you submitted plus one photocopy** for each person applying for a visa. These original versions will be returned to you.

- The only form you do **not** need to bring to your interview is the Form DS-260 Application for an Immigrant Visa. Instead, print a copy of the receipt page from ceac.state.gov showing you submitted the form online.

- If a financial sponsor submitted an I-864 Affidavit of Support form, you must give the consular officer a signed version. It can be a photocopy, but the signature cannot be typed or electronic.

- *If you do not bring to your interview the original version of all civil documents submitted to NVC, the consular officer will reschedule your interview.*

Please use the helpful checklist on the next page to prepare for your interview. You can also visit "Interview Preparation - Required Documents" on nvc.state.gov/interview or watch our instructional video at nvc.state.gov/resources for more information.

## Family Reunification Parole (FRP) Program Interviews

If you are participating in the Cuban Family Reunification Parole Program, view the program website at havana.usembassy.gov/cfrp.html (English) or spanish.havana.usembassy.gov/cfrp.html (Spanish) and follow the instructions.

If you are participating in the Haitian Family Reunification Parole Program, view the website at go.usa.gov/3MmV5 and click on "Haitian Family Reunification Parole (HFRP) Program" under "Office Services."

```
===============================================================================
```
## AMM2017642003 - WHAT TO BRING TO YOUR IMMIGRANT VISA INTERVIEW
```
===============================================================================
```

**Use the list below to determine the items that <u>every</u> applicant must bring to the immigrant visa interview. Most embassies require English translations of documents if they are <u>not</u> in the official language of the country where you will interview:**

- ☐ A copy of this appointment letter.
- ☐ Unexpired passport valid for six months beyond your intended date of entry to the U.S. <u>and</u> a photocopy of the biographic page (where your name and photo are located).
- ☐ Two (2) color photographs sized 5 cm x 5 cm (2 inch x 2 inch) of each person applying for a visa. Please see photo requirements at go.usa.gov/3MmwB.
- ☐ Confirmation page from the DS-260 Application for an Immigrant Visa submitted online at ceac.state.gov.
- ☐ Your **original** birth certificate <u>and</u> a photocopy.
- ☐ Medical examination results in a sealed envelope (*if the physician gives you these results*).

**Applicants who fall into any category listed in italics below should bring these additional documents:**

- ☐ *For family-based visa applications*:
  - ☐ The appropriate Form I-864 Affidavit of Support for **each** financial sponsor along with a photocopy of the sponsor's IRS transcript or most recent U.S. federal income tax return, and any relevant W-2s.
  - ☐ Proof of your U.S. petitioner's status and domicile in the U.S. (photocopy of a U.S. passport, U.S. birth certificate, naturalization certificate, or legal permanent resident card).
  - ☐ Evidence of the relationship between the petitioner and visa applicant (such as photographs and letters).
- ☐ *If you are married*: Your **original** marriage certificate <u>and</u> a photocopy.
- ☐ *If you were previously married*: Your **original** divorce or spouse's death certificate <u>and</u> a photocopy.
- ☐ *If you are older than 16 years of age:* The **original** police certificate from your country of current residence and countries of previous residence. If these three items are <u>all</u> true, you must bring a more recent police certificate to the interview:
  - o He or she is older than 16 years;
  - o He or she obtained a police certificate and submitted it to NVC more than one year ago; and
  - o He or she still lives in the country that issued the police certificate.
- ☐ *For employment-based visa applications:* Letter from your U.S. employer dated less than 1 month ago.
- ☐ *If you have ever been convicted of a crime*: Court / criminal records and a photocopy.
- ☐ *If you have served in any country's military*: Military records and photocopy.
- ☐ *If you are adopted:* Adoption papers or custody documents <u>and</u> a photocopy.
- ☐ *If you are the petitioner's stepchild:* The **original** marriage certificate of the petitioner and your biological parent, English translation <u>and</u> a photocopy.

**Did you read the U.S. embassy or consulate's interview instructions on nvc.state.gov/interview to learn:**

- ☐ The approved medical facilities where you can get a medical examination?
- ☐ Whether you are required to register for a passport courier service prior to the interview?
- ☐ Security requirements for entering the U.S. Embassy?
- ☐ If there are any forms or documents **not** listed above that the embassy wants you to bring to the interview?
- ☐ Whether you are required to provide the above documents to the embassy **prior** to your interview?