**EXHIBIT NUMBER 3**

# Don London

| | |
|---|---|
| **From:** | Bayan Eljamal <bayan614@gmail.com> |
| **Sent:** | Tuesday, January 08, 2019 4:51 PM |
| **To:** | Don London |
| **Subject:** | Fwd: Your ustraveldocs.com inquiry Case-2018- 12-12-011546542 Has Been Closed |

Sent from my iPhone

Begin forwarded message:

> **From:** "support@ustraveldocs.com" <support@ustraveldocs.com>
> **Date:** December 12, 2018 at 8:58:56 PM EST
> **To:** "bayan614@gmail.com" <bayan614@gmail.com>
> **Subject: Your ustraveldocs.com inquiry Case-2018- 12-12-011546542 Has Been Closed**
>
> Your case has been updated, please log back into your account to view the details.

| | |
|---|---|
| Date/Time Case Opened: | 12/13/2018 5:47 AM |
| Description: | My name is Bayan Eljamal and my date of birth is June 14, 1998. I am the petitioner for Al Aljamal and his date of birth is April 20, 1995. I am writing today because I am a little concerned with this case. It seems that there has been no updates or changes for some time now. Whenever I go to check the case status it doesn't seem to change at all. This processing time seems to be gong on a lot longer than what I have been told. I was just curious exactly how much longer it will take also I would really appreciate it if I don't get the same email as usual. I usually get the same copy and pasted email constantly. Thank you, Bayan Eljamal<br><br>Sent from my iPhone |
| Origin: | Email |
| Case Reason: | AMM2017642003 |
| Public Response: | Dear Applicant,<br><br>Thank you for your inquiry.<br><br>We understand that you are inquiring about the status of your immigrant visa.<br><br>Please follow the instructions provided by the Embassy.<br><br>"Dear Bayan,<br>Thank you for your email.<br>This case is pending administrative processing per Section 201(c)(3) of the Enhanced Border Security and Visa Entry Reform Act of 2002 (Public Law 107-173). This law requires the Department of State to coordinate with other federal law enforcement agencies to determine |

the admissibility of an alien to the United States. We are bound by visa law and mandatory procedures dictated by the Department of State and the Department of Homeland Security.

We periodically request a status update from these agencies and as of yet have not received final approval for the mentioned beneficiary.

Please be assured that we are vigilantly working to bring closure to this case and reunite thi family.

If we can be of further assistance, please do not hesitate to contact us.

Regards"

Please visit htttps://www.surveymonkey.com/s/gss_jordan to share feedback on the services we provide.

Sincerely,

U.S. Visa Service Desk.

2

12/22/2018

# Don London

| | |
|---|---|
| **From:** | Bayan Eljamal <bayan614@gmail.com> |
| **Sent:** | Tuesday, January 08, 2019 4:50 PM |
| **To:** | Don London |
| **Subject:** | Fwd: Your ustraveldocs.com inquiry Case-2018- 12-22-011583147 Has Been Closed |

Sent from my iPhone

Begin forwarded message:

> **From:** "support@ustraveldocs.com" <support@ustraveldocs.com>
> **Date:** December 23, 2018 at 6:07:17 AM EST
> **To:** "bayan614@gmail.com" <bayan614@gmail.com>
> **Subject: Your ustraveldocs.com inquiry Case-2018- 12-22-011583147 Has Been Closed**
>
> Your case has been updated, please log back into your account to view the details.
>
> | | |
> |---|---|
> | Date/Time Case Opened: | 12/22/2018 5:03 AM |
> | Description: | My name is Bayan Eljamal and my date of birth is June 14, 1998. I am the petitioner for A Aljamal and his date of birth is April 20, 1995. I am writing today because I am a little concerned with this case. It seems that there has been no updates or changes for some time now. Whenever I go to check the case status it doesn't seem to change at all. This processi time seems to be gong on a lot longer than what I have been told. I was just curious exactly how much longer it will take also I would really appreciate it if I don't get the same email usual. I usually get the same copy and pasted email constantly.<br>Thank you,<br>Bayan Eljamal<br><br>Sent from my iPhone |
> | Origin: | Email |
> | Case Reason: | AMM2017642003 |
> | Public Response: | Dear Applicant,<br><br>Thank you for your email.<br>This case is pending administrative processing per Section 201(c)(3) of the Enhanced Bord Security and Visa Entry Reform Act of 2002 (Public Law 107-173). This law requires the Department of State to coordinate with other federal law enforcement agencies to determin the admissibility of an alien to the United States.<br><br>We periodically request a status update from these agencies and as of yet, we have not received a final approval for the mentioned beneficiary.<br><br>Please be assured that we are vigilantly working to bring closure to this case and to reunite this/your family. |

If we can be of further assistance, please do not hesitate to contact us.

Regards,
Immigrant Visa Team, US Embassy Amman, Jordan

# Don London

| | |
|---|---|
| **From:** | Bayan Eljamal <bayan614@gmail.com> |
| **Sent:** | Tuesday, January 08, 2019 4:49 PM |
| **To:** | Don London |
| **Subject:** | Fwd: Your ustraveldocs.com inquiry Case-2018- 12-31-011604417 Has Been Closed |

Sent from my iPhone

Begin forwarded message:

> **From:** "support@ustraveldocs.com" <support@ustraveldocs.com>
> **Date:** December 31, 2018 at 2:08:38 AM EST
> **To:** "bayan614@gmail.com" <bayan614@gmail.com>
> **Subject: Your ustraveldocs.com inquiry Case-2018- 12-31-011604417 Has Been Closed**
>
> Your case has been updated, please log back into your account to view the details.

| | |
|---|---|
| Date/Time Case Opened: | 12/31/2018 2:55 AM |
| Description: | My name is Bayan Eljamal and my date of birth is June 14, 1998. I am the petitioner for Al Aljamal and his date of birth is April 20, 1995. I am writing today because I am a little concerned with this case. It seems that there has been no updates or changes for some time now. Whenever I go to check the case status it doesn't seem to change at all. This processing time seems to be gong on a lot longer than what I have been told. I was just curious exactly how much longer it will take also I would really appreciate it if I don't get the same email as usual. I usually get the same copy and pasted email constantly. Thank you, Bayan Eljamal

Sent from my iPhone |
| Origin: | Email |
| Case Reason: | AMM2017642003 |
| Public Response: | Dear Applicant,

Thank you for your inquiry.

We understand that your query is regarding the case status.

Please follow the instructions provided by the Embassy : "Dear Applicant,

Thank you for your email.
This case is pending administrative processing per Section 201(c)(3) of the Enhanced Border Security and Visa Entry Reform Act of 2002 (Public Law 107-173). This law requires the Department of State to coordinate with other federal law enforcement agencies to determine the admissibility of an alien to the United States. |

We periodically request a status update from these agencies and as of yet, we have not received a final approval for the mentioned beneficiary.

Please be assured that we are vigilantly working to bring closure to this case and to reunite this/your family.

If we can be of further assistance, please do not hesitate to contact us.

Regards,
Immigrant Visa Team, US Embassy Amman, Jordan"

Please visit https://www.surveymonkey.com/s/gss_jordan to share feedback on the services we provide.

Sincerely,

U.S. Visa Service Desk.

2

01/05/2019

# Don London

| | |
|---|---|
| From: | Bayan Eljamal <bayan614@gmail.com> |
| Sent: | Tuesday, January 08, 2019 4:49 PM |
| To: | Don London |
| Subject: | Fwd: Your ustraveldocs.com inquiry Case-2019- 01-04-011621908 Has Been Closed |

Sent from my iPhone

Begin forwarded message:

> **From:** "support@ustraveldocs.com" <support@ustraveldocs.com>
> **Date:** January 5, 2019 at 3:00:56 AM EST
> **To:** "bayan614@gmail.com" <bayan614@gmail.com>
> **Subject: Your ustraveldocs.com inquiry Case-2019- 01-04-011621908 Has Been Closed**
>
> Your case has been updated, please log back into your account to view the details.

| | |
|---|---|
| Date/Time Case Opened: | 1/5/2019 12:01 AM |
| Description: | My name is Bayan Eljamal and my date of birth is June 14, 1998. I am the petitioner for Al Aljamal and his date of birth is April 20, 1995. I am writing today because I am a little concerned with this case. It seems that there has been no updates or changes for some time now. Whenever I go to check the case status it doesn't seem to change at all. This processing time seems to be gong on a lot longer than what I have been told. I was just curious exactly how much longer it will take also I would really appreciate it if I don't get the same email a usual. I usually get the same copy and pasted email constantly. Thank you, Bayan Eljamal  Sent from my iPhone |
| Origin: | Email |
| Case Reason: | AMM2017642003 |
| Public Response: | Dear Applicant,  Thank you for your inquiry.  We understand that your query is regarding the case status.  Please follow the instructions provided by the Embassy : "Dear Applicant,  Thank you for your email. This case is pending administrative processing per Section 201(c)(3) of the Enhanced Border Security and Visa Entry Reform Act of 2002 (Public Law 107-173). This law requires the Department of State to coordinate with other federal law enforcement agencies to determine the admissibility of an alien to the United States. |

1

> We periodically request a status update from these agencies and as of yet, we have not received a final approval for the mentioned beneficiary.
>
> Please be assured that we are vigilantly working to bring closure to this case and to reunite this/your family.
>
> Regards,
> Immigrant Visa Team, US Embassy Amman, Jordan"
>
> Please visit https://www.surveymonkey.com/s/gss_jordan to share feedback on the services we provide.
>
> Sincerely,
>
> U.S. Visa Service Desk.

08/06/2019

From: Bayan Eljamal Bayan614@gmail.com
Subject: Re: Privacy Release
Date: Aug 6, 2019 at 9:09:02 PM
To: Buono, Liz Liz.Buono@mail.house.gov

> On Aug 6, 2019, at 12:27 PM, Buono, Liz <Liz.Buono@mail.house.gov> wrote:
>
> Hello Bayan
>
> Please confirm receipt of this email. The initial email bounced back to my inbox.
>
> Thank you for reaching out to our office regarding your problem with the Department of State/USCIS
>
> I have included the Privacy Authorization Form that you need to complete in order for our office to start looking into your case. **Please fill out the form in its entirety**, and sign and date the form. Call your caseworker if you have any questions.
>
> Our office must receive the following item(s):
>
> - Completed and Signed 'Privacy Authorization Form
>
> - A detailed history of the problem (including contact information for any individuals and/or

organizations you have previously worked with on this matter)

- Photocopies of any supporting documentation relevant to your case

- If you choose to add an individual (i.e. relative or trusted friend) to have access and/or to help with your case, please indicate their name, phone number, and/or email address clearly in a blank space on the privacy release form

Once the form is filled out, signed, and dated – there a few options to get the form back to our office:

- Scan and email the form to me at liz.buono@mail.house.gov

- Or mail the form to Attn: Liz Buono Office of Rep. Antonio Delgado, 256 Clinton Ave, Kingston, NY 12401

Please let me know if you have any questions or need

additional information.

**Liz Buono**
Constituent Services Representative
Office of Congressman Antonio R. Delgado (NY-19)
Liz.buono@mail.house.gov
T: 845-443-2930
Sign up for our newsletter!
<image001.png><image002.png> <image003.png> <image004.png>

<Immigration Privacy Authorization Form (2).pdf>

08/21/2019

From: Buono, Liz Liz.Buono@mail.house.gov
Subject: RE: Update about my case
Date: Aug 21, 2019 at 10:32:20 AM
To: Bayan Eljamal Bayan614@gmail.com

Hello Bayan,

I do not have any update at this time, but once I receive any information I will pass it on to you.

Best,

Liz Buono
Constituent Services Representative
Office of Congressman Antonio R. Delgado (NY-19)
Liz.buono@mail.house.gov
T: 845-443-2930
Sign up for our newsletter!


-----Original Message-----
From: Bayan Eljamal <bayan614@gmail.com>
Sent: Tuesday, August 20, 2019 6:10 PM
To: Buono, Liz <Liz.Buono@mail.house.gov>
Subject: Update about my case

Hi Liz, I was jut wondering if you were able to get any kind of

status update from the U.S. embassy or the National Visa Center regarding my case. I've been emailing them the past couple of weeks and when they respond they don't give me any updates on the case. My brother in law's wedding is in exactly three weeks I'm worried that my husband will not be here in time for the wedding. If there is any new information regarding the case can you please let me know?
Thank you,
Bayan Eljamal

09/17/2019

From: **Buono, Liz** Liz.Buono@mail.house.gov
Subject: **RE: Case status**
Date: **Sep 17, 2019 at 9:10:14 AM**
To: **Bayan Eljamal** Bayan614@gmail.com

Good morning Bayan,

Please find below the response that I have received from the Consulate. I trust this information is helpful.

"Dear Ms. Buono,

Thank you for contacting us regarding the case of Mr. Ala Al Jamal. Unfortunately, Mr. Al Jamal's case is still pending mandatory administrative processing. Visa processing requirements occasionally necessitate longer delays for some applicants. Embassy Amman is unable to affect the timing of this processing as it is handled by the Visa Office in conjunction with our interagency partners. While we regret we do not have more positive news to share, we hope your office can appreciate our efforts to keep our borders secure. Please be assured that as soon as we have a response, we will contact the applicant directly.

We have been in contact with the applicant on 05/20/2018, 05/23/2018, 07/23/2018, 09/10/2018, 12/23/2018,

02/11/2019, 03/17/2019, 03/21/2019, 06/11/2019, 07/15/2019 and 08/05/2019.

We hope this information is useful in responding to your constituent's inquiry. Should you have any further questions or comments, please feel welcome to contact us.

U.S. Embassy Amman
Consular Section"


Liz Buono
Constituent Services Representative
Office of Congressman Antonio R. Delgado (NY-19)
Liz.buono@mail.house.gov
T: 845-443-2930
Sign up for our newsletter!


-----Original Message-----
From: Bayan Eljamal <bayan614@gmail.com>
Sent: Monday, September 16, 2019 7:11 PM
To: Buono, Liz <Liz.Buono@mail.house.gov>

03/03/2020

From: **Buono, Liz** Liz.Buono@mail.house.gov
Subject: **Response from Agency**
Date: **Mar 3, 2020 at 12:38:05 PM**
To: bayan614@gmail.com

Good morning Ms. El Jamal,

I have included below the latest response we have received regarding your husband's case. We regret that we were not able to provide you with a more favorable outcome.

Please do not hesitate to contact our office regarding this or any federal matter.

"Dear Ms. Buono,

Greetings from Embassy Amman.

Unfortunately, we have no further updates since our last correspondence on August 25, 2019. This case remains in mandatory administrative processing.

Please be assured that as soon as we have additional information, we will be in touch with the applicant immediately.

Sincerely,

U.S. Embassy Amman
Consular Section"

Best,

**Liz Buono**
Federal Liaison
Office of Congressman Antonio R. Delgado (NY-19)
Liz.buono@mail.house.gov
T: 845-443-2930
Sign up for our newsletter!



# Don London

| | |
|---|---|
| **From:** | raid jamal <raid_jamal@hotmail.com> |
| **Sent:** | Thursday, September 17, 2020 12:59 PM |
| **To:** | Don London |
| **Subject:** | Fwd: Mandamus Federal Court |
| **Attachments:** | Ala Immigrant Visa Processing Instructions.pdf; Ala Passport.pdf; Bayan Birth Certificate.pdf; Affidavit of Support.pdf; Intending Immigrant's Affidavit of Support.pdf; Contract Between Sponsor and Household Member.pdf; Annotation 2020-03-16 153843.png; Marriage Certificate.pdf; Morad Passport.pdf; Morad Tax 2014.pdf; Morad Tax 2015.pdf; Morad Tax 2016.pdf |

Get Outlook for iOS

**From:** raid jamal <raid_jamal@hotmail.com>
**Sent:** Sunday, March 22, 2020 1:02:28 PM
**To:** VKHALAF@IMMIGRATIONJD.COM <VKHALAF@IMMIGRATIONJD.COM>
**Subject:** Fwd: Mandamus Federal Court

Get Outlook for iOS

**From:** Haifa Tamimi <haifatamimi04@gmail.com>
**Sent:** Thursday, March 19, 2020 4:23:14 PM
**To:** RAID_JAMAL@hotmail.com <RAID_JAMAL@hotmail.com>; vkhalaf@immigrationjd.com <vkhalaf@immigrationjd.com>
**Subject:** Mandamus Federal Court

To Whom It May Concern,

I, Raid Jamal, spoke to you around two weeks ago regarding my son's immigration case. You asked me to ensure the writing of "Mandamus Federal Court" for you. Attached to this email are all the documents we've accumulated since the start of the process. Since we have last spoken we have received a response from the National Visa Center. Attached to this email is the latest update we received along with all the paperwork we could gather for my son. My son's name is Ala' Dakhil Moh'd Aljamal and his wife is Bayan Mohomad Eljamal. It says that his case has been refused since we last spoke. His NVC Case Number is AMM2017642003. If you are need of any additional information prior to your inquiries please feel free to contact me at the following information:

**Raid Jamal**
Raid_Jamal@Hotmail.com and Cell: (914) 860-6266

--

*Best Regards,*

*Haifa Tamimi*

1

*HT Insurance Agency Inc.*
*2 Fero Street*
*Yonkers, NY 10701*

*Accountant ♦ Commercial Insurance ♦ Personal Insurance ♦ Accounting Services*

Cell: (914) 776-4636

Phone: (914) 294-0309

Fax: (914) 294-0310

E-Mail: HaifaTamimi04@gmail.com

The greatest gift you can give me is the gift of referrals.  Thank you for your trust and appreciation!

This e-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by federal and/or state law and is intended only for the use of the individuals or entities designated as recipients. The information contained within this e-mail should not be construed as tax advice. If you are not an intended recipient of the e-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this e-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege.

2



U.S. Department of State
**IMMIGRANT VISA APPLICATION**

**Refused**

Immigrant Visa Case Number: **AMM2017642003 01 AMM**
Case Created:            22-May-2017
Case Last Updated:       01-Dec-2020

A U.S. consular officer has adjudicated and refused your visa application. Please follow any instructions provided by the consular officer. If you were informed by the consular officer that your case was refused for administrative processing, your case will remain refused while undergoing such processing. You will receive another adjudication once such processing is complete. Please be advised that the processing time varies and that you will be contacted if additional information is needed. For more information, please visit TRAVEL.STATE.GOV or the website for the Embassy or Consulate at which you made your visa application.
For more information, please visit TRAVEL.STATE.GOV.

Close