AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Bayan MF El Jamal et al

*Plaintiff(s)*

v.

Brownlee et al

*Defendant(s)*

Civil Action No. 1:21-cv-08053

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IAN G. BROWNLEE, Acting Assistant Secretary for Consular Affairs, U.S. Department of State, Office of the Legal Advisor, 600 19th Street, NW, Suite 5.600, Washington, DC 20522

JULIE M. STUFFT, Acting Deputy Assistant Secretary for Visa Services, U.S. Department of State, Office of the Legal Advisor, 600 19th Street, NW, Suite 5.600, Washington, DC 20522

See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

# RIDER TO CASE NUMBER 1:21-CV-08053 FOR ISSUANCE OF SUMMONSES

BOB JACHIM, Consul General, U.S. Embassy – Amman, Jordan, Office of the Legal Advisor, 600 19th Street, NW, Suite 5.600, Washington, DC 20522

ANTONY BLINKEN, U.S. Secretary of State, U.S. Department of State, Office of the Legal Advisor, 600 19th Street, NW, Suite 5.600, Washington, DC 20522

FEDERAL BUREAU OF INVESTIGATION, Attorney General U.S., Department of Justice, 935 Pennsylvania Avenue, NW, Washington, DC 20535

CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, 935 Pennsylvania Avenue, NW, Washington, DC 20535